**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
---------------------------------------------------------X
MARIA BUSARDO, individually and on
behalf of all other similarly situated,

                    Plaintiff,

              - against -

ALLIED ACCOUNT SERVICES, INC.,

                    Defendant.
---------------------------------------------------------X

                                  **JUDGMENT**
                                  CV 22-4220 (JMA) (ARL)

       An Order of Honorable Joan M. Azrack, United States District Judge, having been filed on

September 30, 2022, granting the Defendant's motion to dismiss pursuant to Federal Rules of Civil

Procedure 12(b)(1) and 12(b)(6), it is

       **ORDERED AND ADJUDGED** that Plaintiff Maria Busardo take nothing of Defendant Allied

Account Services, Inc.; that Defendant's motion to dismiss is granted; and that this case is closed.

Dated: September 30, 2022
       Central Islip, New York

                                  BRENNA B. MAHONEY
                                CLERK OF THE COURT

                        BY:    /s/ James J. Toritto
                                  DEPUTY CLERK